FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 04 2020

JAMES W. McCORMACK, CLERK
By: Tammy  DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR 00317 JM |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL MARBLE | ) | |

## MOTION TO SEAL INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), and in order to prevent flight of the defendant prior to arrest and to protect officers executing the arrest warrant, the United States requests that the above-styled indictment be sealed until the defendant is in custody or has been released pending trial.

CODY HILAND
United States Attorney

*/s/ Bart Dickinson*
Bart Dickinson
AR Bar # 98143
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
Bart.Dickinson@usdoj.gov

## ORDER

Pursuant to the above request, the indictment in this matter shall be sealed until the defendant is in custody or has been released pending trial.

11/4/2020
DATE

_____
UNITED STATES MAGISTRATE JUDGE