FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 04 2020

JAMES W. McCORMACK, CLERK
By: Tammy Clark
        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR 00317 JM |
| | ) | |
| vs. | ) | 18 U.S.C. §924(c)(1)(A) |
| | ) | 21 U.S.C. § 841(a)(1) |
| MICHAEL MARBLE | ) | 21 U.S.C. § 841(b)(1)(C) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about July 29, 2019, in the Eastern District of Arkansas, the defendant,

MICHAEL MARBLE,

knowingly and intentionally distributed less than fifty (50) grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 2

On or about July 31, 2019, in the Eastern District of Arkansas, the defendant,

MICHAEL MARBLE,

knowingly and intentionally distributed less than fifty (50) grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).



## COUNT 3

On or about August 5, 2019, in the Eastern District of Arkansas, the defendant,

MICHAEL MARBLE,

knowingly and intentionally distributed less than fifty (50) grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

On or about August 16, 2019, in the Eastern District of Arkansas, the defendant,

MICHAEL MARBLE,

knowingly and intentionally possessed with intent to distribute less than fifty (50) grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

On or about August 16, 2019, in the Eastern District of Arkansas, the defendant,

MICHAEL MARBLE,

knowingly and intentionally possessed, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: violation of Title 21, United States Code, Section 841(a)(1) as set forth in Count 4 of this Indictment, one or more of the following firearms:

    1.    a Raven Arms .25 caliber firearm, bearing serial number 1391244: and

    2.      a Jimenez Arms Inc. .22 caliber firearm, bearing serial number 663047.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 1, 2, 3, or 4 of this Indictment, the defendant, MICHAEL MARBLE, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1, 2, 3, or 4 of this Indictment, the defendant, MICHAEL MARBLE, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, 3, 4, or 5 of this Indictment, the defendant, MICHAEL MARBLE, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense

[End of text. Signature page attached.]