# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO. 4:20-CR-317 JM

MICHAEL MARBLE

## ORDER

The Clerk is directed to unseal the Indictment in this case.

Dated this 4th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE