# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 04 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

United States of America

v.   Case No.: 4:20CR00317-01 JM

Michael Marble

*Defendant*

2020 NOV -5 AM 10 55
Eastern Arkansas Marsh
Received

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **Michael Marble**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows: **21 U.S.C. §841(a) Distribution of Methamphetamine (less than 50 grams), 21 U.S.C. §841(a) Possession with Intent to Distribute Methamphetamine (less than 50 grams), 18 U.S.C. §924(c) Possession of a firearm in furtherance of a drug trafficking crime, as further explained in the attached documents.**

Date: November 5, 2020

_____
*Issuing officer's signature*

City and state:  Little Rock, Arkansas

JAMES W. MCCORMACK, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 11/5/2020, and the person was arrested on *(date)* 5/4/2021
at *(city and state)* Jonesboro, AR

Date: 5/4/21

_____
*Arresting officer's signature*

D. Long Dyson
*Printed name and title*