FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 4th 2021

JAMES W. McCORMACK, CLERK
By: ___Brown___
PLAINTIFF DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA ) PLAINTIFF
)
)
vs. ) CASE NO. 4:20CR00317 JM
)
)
MICHAEL MARBLE ) DEFENDANT

## ORDER APPOINTING COUNSEL

Based upon the completed Affidavit or testimony of Defendant, MICHAEL MARBLE, concerning his financial ability to employ counsel, the Court finds as follows:

__x__    Defendant is entitled to counsel, but cannot afford to hire a private lawyer; so the Federal Public Defender is appointed to represent Defendant in all further proceedings herein;   OR

_____   Defendant is eligible for appointment of counsel, but has income or assets in excess of that needed for support; therefore the Federal Public Defender is appointed herein, but Defendant shall reimburse the Government for the cost of providing representation, commensurate with Defendant's ability to pay as directed by further order of the Court; OR

_____   Defendant is not eligible for appointment of counsel under 18 U.S.C. § 3006A, but he is entitled to an immediate hearing and it is in the interest of justice that Defendant be afforded the assistance of counsel; so the Federal Public Defender is temporarily appointed for that purpose.

The Court notes the appearance of Tamera Deaver, Assistant Federal Public Defender Office to represent Defendant.

Dated this __4th__ day of ____May____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender
Clerk (file)
U.S. Attorney
Defendant