MJStar Reporting: INITIAL APPEARANCE, Length of Hearing (minutes): _____ 8 min
ARRAIGNMENT, Length of Hearing (minutes): _____ 8 min

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 04 2021

JAMES W. McCORMACK, CLERK
By: _____ 2Brown
DEP CLERK

United States of America

v.                          Case No.: 4:20CR00317-01 JM

Michael Marble

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 5/4/2021
Continued Until: _____
Reason for continuance _____

Deft is ✓ is not ____ in custody
____ Deft did not appear
____ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Bart Dickinson**
Defense Counsel: FPD - Tamera Deaver   to be (Appointed / Retained)
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT

Not Guilty ✓
Guilty (indicates desire) _____
Nolo Contendere (desire) _____

CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty _____
Guilty _____
Nolo Contendere _____

✓ Demands Trial by Jury

_____ Waives Jury Trial
Deft agrees _____
Govt agrees _____

### BAIL

Bail Set at: _____ By: _____ Date: _____

Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **2 days**
Estimated Trial Date: **6/21/2021 @ 9:15 a.m., before the Honorable Judge James M. Moody Jr. in Room 4A. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

**DATE: 5/4/2021**          SO ORDERED: _A. Thomas Ray_
U. S. MAGISTRATE JUDGE