(Post. 4/4/12)

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

## NOTICE

United States of America

V.

Case No.:   4:20CR00317-01 JM

Michael Marble

| TYPE OF CASE: | ☐ CIVIL | ☒ CRIMINAL |
|---|---|---|

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 W Capitol Avenue<br>Little Rock, AR 72201 | 4A |
| | DATE AND TIME |
| | **6/21/2021 at 9:15 a.m.** |

TYPE OF PROCEEDING

**JURY TRIAL before the Honorable James M. Moody Jr., U.S. District Judge.**
Jury instructions, including verdict forms, are to be submitted to the Court 10 days prior to trial and may be submitted in Word Perfect or Rich Text format via email to jmchambers@ared.uscourts.gov.

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JAMES W. McCORMACK, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

F. Dunn
(BY) DEPUTY CLERK