UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:20CR00317 JM |
| | ) | |
| MICHAEL MARBLE | ) | DEFENDANT |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**

The Defendant, Michael Marble, by and through his attorney, Tamera Deaver, and for his Motion to Continue, states:

1. This case is set for trial on June 21, 2021, at 9:15 a.m.;

2. Defense counsel has not received the discovery in this case, and will need additional time to review discovery with Defendant, pursue pretrial matters and if necessary prepare this case for trial;

3. Accordingly, defense counsel respectfully requests that the Court grant a continuance in this case, and hereby certifies that this Motion is brought in good faith, and not for the purpose of delay or any other improper purpose;

4. Defense counsel has contacted the Assistant United States Attorney, Bart Dickinson, and there is no opposition to Defendant's request that this case be continued;

5. The additional time occasioned by the Court's granting of this Motion is excludable under the Speedy Trial Act.

WHEREFORE, the Defendant, Michael Marble, respectfully requests that this Court grant his Motion to Continue and for all other just and appropriate relief.

    Respectfully submitted,

    LISA G. PETERS
    FEDERAL DEFENDER

By:    Tamera Deaver
    Bar Number 2010061
    Assistant Federal Defender
    The Victory Building, Suite 490
    1401 West Capitol Avenue
    Little Rock, AR 72201
    (501) 324-6113
    E-mail: tamera_deaver@fd.org

For:    Michael Marble, Defendant