# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**v.**                                  **NO. 4:20-cr-00317-JM-01**

**MICHAEL MARBLE**                                                 **DEFENDANT**

## ORDER

Pending before the Court is the defendant's motion for continuance of the jury trial scheduled for June 21, 2021. (Doc. No. 11).

The Court has fully considered the motion for continuance and finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant for a speedy trial in that the issues are such that to deny the motion would deny counsel for the defendant the reasonable time necessary for effective preparation for trial and inherent development of any and all proper defenses which might be averred in the defendant's behalf.

IT IS THEREFORE ORDERED that the motion for continuance be, and is hereby, GRANTED. (Doc. No. 11). Therefore, this matter is rescheduled for trial to a jury to begin at 9:15 a.m., on **MONDAY, JANUARY 31, 2022,** in Courtroom #4A, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas. Counsel are to be present thirty minutes prior to trial.

Counsel for the parties shall file a joint report with the Court on or before *December 17, 2021*, which is approximately 45 days prior to trial, answering the following questions:

1. Is this case ready for trial or a plea?

2. If trial-ready, how many trial days do counsel anticipate they will need?

3. If a party intends to seek a continuance of the current trial setting, how long a delay will be requested and why?

Counsel for the parties shall file with the Court on or before *January 10, 2022*, which is 21 days prior to trial, any pre-trial motions. A response to any motion is due seven calendar days after the motion is filed.

Jury instructions should be electronically submitted to the Court by *January 20, 2022*, to **jmchambers@ared.uscourts.gov**.

IT IS FURTHER ORDERED that the delay occasioned by the continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Dated this 18th day of May, 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE