IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

VS.                               CASE NO. 4:20-cr-317-JM

MICHAEL MARBLE                                                                DEFENDANT

**ENTRY OF APPEARANCE, DISCOVERY and MOTION FOR DETENTION HEARING**

COMES NOW Eugene Clifford, of the Zenith Law Group, and hereby enters his appearance on behalf of the Defendant in the above-referenced case and for all discovery to be turned over to the Defense. The Defendant for his Motion for Detention Hearing, states the following:

**MOTION FOR DETENTION HEARING**

1. A detention hearing may be requested to determine if any conditions or combinations of conditions would allow for Mr. Marble to be released during his pending trial, for the foregoing reasons we believe Mr. Marble should be released under conditions.

2. The Defendant was arrested on May 4th, 2021 and is currently incarcerated at the Pulaski County Detention Center;

2. That the defendant maintains that he is not guilty;

4. That the defendant is not a flight risk for several reasons, including but not limited to his substantial contacts here including his wife, child and family; that he has maintained steady employment.

5. That the Defendant has substantial ties to the community, does not have a felony record;

WHEREFORE, the Defendant requests that this Court grant this Motion for a Detention Hearing or release the Defendant without a bond and for any such relief the Court sees as just and equitable.

                                                        Respectfully Submitted, Defendant

By:    */s/Eugene P. Clifford*
           Eugene P. Clifford (#2012100)
           910 W. 2nd St, Ste. 110
           Little Rock, AR 72201
           (501)404-0515
           (888)501-4077

**CERTIFICATE OF SERVICE**

I, Eugene Clifford, attorney for the Defendant, hereby state on oath that I have served a true and correct copy of the foregoing on the Federal Prosecutor by hand delivery, fax, or by placing a copy of the same in the United States Mail, postage prepaid.

                                                        */s/Eugene P. Clifford*
                                                        Eugene Clifford