# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                              NO. 4:20-cr-00317-JM-01

MICHAEL MARBLE                                                         DEFENDANT

## ORDER

The defendant's motion for detention hearing (Doc. No. 16) is hereby referred to United States Magistrate Judge J. Thomas Ray.

IT IS SO ORDERED this 19th day of July, 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE