## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America											Plaintiff

v.								Case No.: 4:20–cr–00317–JM

Michael Marble											Defendant

## NOTICE OF VIDEO HEARING

    PLEASE take notice that a Bond Hearing (Video) has been set by videoconference in this case for July 22, 2021, at 02:00 PM before Magistrate Judge J. Thomas Ray in Little Rock Courtroom # 1C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas. Parties must submit all video exhibits in advance of the proceeding.

**DATE:** July 20, 2021					AT THE DIRECTION OF THE COURT
										TAMMY H. DOWNS, CLERK

												**By:** Suzy Flippen, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas