IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                              CASE NO. 4:20-cr-317-JM

MICHAEL MARBLE                                                         DEFENDANT

## MOTION FOR CONTINUANCE

COMES NOW the Defendant and for his motion to continue states the following:

1. A jury trial is scheduled for July 31st, 2022 for the defendant.

2. The Defendant and his entire family have tested positive for COVID in the past week.

2. Also, Defense Counsel's entire office has tested positive for COVID, the combination of these factors has hamstrung the ability of the defense to properly prepare for the trial this month.

4. Along with AO19 and these other factors, the defense is asking for a continuance of the jury trial this month for the Defendant.

5. The Defendant will waive any time calculated for speedy trial from today's date of filing to the new jury trial date.

WHEREFORE, the Defendant requests that this Court grant this Motion for Continuance and for any such relief the Court sees as just and equitable.

Respectfully Submitted, Defendant

By:
Eugene P. Clifford (#2012100)
1014 W. 3rd St.
Little Rock, AR 72201
(501)404-0515
(888)501-4077

## **CERTIFICATE OF SERVICE**

I, Eugene Clifford, attorney for the Defendant, hereby state on oath that I have served a true and correct copy of the foregoing on the Federal Prosecutor by hand delivery, fax, or by placing a copy of the same in the United States Mail, postage prepaid.

                                                                                   Eugene Clifford