FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

4:20-CR-317-01 JM    AUG 24 2022

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

Judge Moody,                                                                 08/24/2022

I Michael Marble would like to change my counsel. I would like to get a Federal Public Defender on my case. The lawyer I currently have Eugene Clifford is not doing his job to his best ability. I have meet with Eugene one time for this particular case since my case has been open. I was told about the plea a day before court and if I pled guilty that I would be put into jail. I was currently in a rehab in July 18, 2022-August 17, 2022 I got my certificate. I do not know anything about the deal that I was supposed to be getting what they were offering or anything. I Do not know anything about my points how many points I have etc. I've been told several different stories on what has been going on with case. I was told that gun charges were dropped but I'll still accumulate the points for the guns. I was told that my misdemeanor would also reflect my points if they were recent not too exceeded 10 years. Then I was told that it would go against me. I was told I could get probation if I decided to tell where I got drugs from. When meeting with Mr. Clifford he had to google pretty much everything he was saying to me. I haven't had a motion of discovery no paperwork anything. I'm kind of blind in this case. I barely even know the charges I have. I haven't had a real conversation one on one with him since I went to pretrial, and was released in July of 2021 besides me meeting up with him August 23, 2022 the day before court. I also wasn't aware that it was set for trial on August 29, 2022 until August 23, 2022. We haven't had any other court dates etc since my bond hearing. I want the best representation I can get not someone in a rush to get my case over with. I have a family too take care of a wife and 4 kids. I'm currently on ankle monitor and have been for a year. I've complied with my probation and I've been working. I'm currently not a felon. I have never been convicted of a felony. I just want the best representation on my case and right now I don't feel like I have that. I do not want to gamble with my life.

Michael Marble

1116 park dr, North little rock AR, 72114

501-568-9442

Messiah0801@gmail.com