# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                              NO. 4:20-cr-00317-JM-01

MICHAEL MARBLE                                                                           DEFENDANT

## ORDER

Court convened on August 24, 2022, for a scheduled change of plea hearing in this matter. Assistant United States Attorney Bart Dickinson was present for the government. The defendant appeared in person with his attorney, Eugene Clifford.

At the beginning of the hearing, the Court was informed that the defendant no longer wished to change his plea. Counsel for the defendant moved for a continuance of the August 29, 2022, trial date and agreed to waive Speedy Trial time until the next scheduled trial date. The government stated no objection to the continuance. The Court determined that the interests of justice served by granting the continuance outweigh the best interest of the public and defendant for a speedy trial in that the issues herein are such that to deny the motion would deny counsel for defendant the reasonable time necessary for effective preparation for trial and to develop any and all proper defenses which might be averred in the defendant's behalf.

IT IS THEREFORE ORDERED that the oral motion to continue is granted, and this matter is rescheduled for trial to a jury to begin at **9:15 a.m. on MONDAY, SEPTEMBER 12, 2022**, in Little Rock, Arkansas. Counsel are to be present thirty minutes prior to trial. Jury instructions should be electronically submitted to the Court by ***SEPTEMBER 2, 2022***, in electronic format to jmchambers@ared.uscourts.gov.

The delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 24th day of August, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE