## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                          **Plaintiff**

**v.**                              **Case No.: 4:20–cr–00317–JM**

**Michael Marble**                                                                    **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Motion Hearing regarding Motion to Appoint Counsel (#25), has been set in this case for August 26, 2022, at 09:30 AM before Judge James M. Moody Jr. in Little Rock Courtroom # 4A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.


**DATE:** August 24, 2022                              AT THE DIRECTION OF THE COURT
                                                       TAMMY H. DOWNS, CLERK


                                                       **By:** Kacie O. Glenn, Deputy Clerk



Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas