



Ex. A



# Call logs

| Date/Time | Number | Status |
|---|---|---|
| 8/24/22 2:49 PM | +1 501-568-9442 | Outgoing (Not connected) |
| 8/24/22 8:31 AM | +1 501-568-9442 | Outgoing 1 min 37 s |
| 8/24/22 7:59 AM | +1 501-568-9442 | Outgoing 1 min 55 s |
| 7/5/22 11:09 AM | +1 501-568-9442 | Declined (Not connected) |
| 7/1/22 5:35 PM | +1 501-568-9442 | Missed (Rang for 31 s) |
| 6/27/22 12:25 PM | +1 501-568-9442 | Missed (Rang for 30 s) |
| 6/13/22 2:01 PM | +1 501-568-9442 | Missed (Rang for 29 s) |
| 6/13/22 10:29 AM | +1 501-568-9442 | Declined (Not connected) |
| 6/9/22 10:21 AM | +1 501-568-9442 | Incoming 1 min 9 s |
| 6/9/22 9:47 AM | +1 501-568-9442 | Outgoing 7 s |
| 6/6/22 4:59 PM | +1 501-568-9442 | Outgoing 1 min 19 s |

8/24/22, 3:50 PM

Screenshot_2022-08-24-14-49-49-95_6ba589b35cca5ff8f2344db69f4487e8f.jpg

https://mail.google.com/mail/u/0/#sent/QgrcJHrnxTPmQDxbtPSpFSvXQnNdndFrWFV?projector=1&messagePartId=0.4    1/2



2:53

← Call logs

**8/24/22 2:52 PM**
+1 501-504-3514 — Outgoing (Not connected)

**8/9/22 10:56 AM**
+1 501-504-3514 — Outgoing 16 s

**7/27/22 3:59 PM**
+1 501-504-3514 — Incoming 8 min 12 s

**7/27/22 10:47 AM**
+1 501-504-3514 — Incoming 1 min 12 s

**6/13/22 2:05 PM**
+1 501-504-3514 — Missed (Rang for 30 s)

**6/13/22 2:03 PM**
+1 501-504-3514 — Missed (Rang for 30 s)

**6/9/22 9:48 AM**
+1 501-504-3514 — Outgoing 7 s