IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 4:20-CR-00317 JMM |
| ) | |
| MICHAEL MARBLE ) | |
| ) | |
| ) | |

## UNITED STATES NOTICE OF ENTRY OF APPEARANCE AS COUNSEL

The undersigned counsel for the United States hereby makes an entry of appearance as co-counsel in the above captioned matter.

Respectfully submitted,

JONATHAN D. ROSS
ACTING UNITED STATES ATTORNEY

By: J. WILLIAM CROW
Bar. 2008170
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
Will.Crow@usdoj.gov