UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:20-CR-317 JM |
| | ) | |
| MICHAEL MARBLE | ) | |

## STIPULATION

The Defendant, Michael Marble, and the United States stipulate and agree to the following:

1. Li C Chen is a forensic chemist with the Arkansas State Crime Lab. As part of her routine duties as a forensic chemist, Li C Chen tests exhibits submitted to the lab for the presence of controlled substances, including methamphetamine.

2. Li C Chen tested exhibit E1, which was submitted in Arkansas State Crime Laboratory Case Number 2019-018275, and determined that E1 was methamphetamine. (see Attachment 1, page 1).

3. Li C Chen tested exhibit E1, which was submitted in Arkansas State Crime Laboratory Case Number 2019-018283, and determined that E1 was methamphetamine. (see Attachment 1, page 2.)

4. Kim Brown is a forensic chemist with the Arkansas State Crime Lab. As part of her routine duties as a forensic chemist, Kim Brown tests exhibits submitted to the lab for the presence of controlled substances, including methamphetamine.

5. Kim Brown tested exhibit E1, which was submitted in Arkansas State Crime Laboratory Case Number 2019-019057, and determined that E1 was methamphetamine. (see Attachment 1, page 3.)

6. Patricia Diaz is a forensic chemist with the United States Department of Justice, Drug Enforcement Administration. As part of her routine duties as a forensic chemist, Patricia Diaz tests exhibits submitted to the lab for the presence of controlled substances, including

methamphetamine.

7. Patricia Diaz tested exhibit 1B22, which was submitted in Arkansas State Crime Laboratory Case Number 281D-LR-3066428, and determined that E1 was methamphetamine. (see Attachment 2)

8. The Attachments will be submitted as Exhibits and Evidence at trial in lieu of testimony by the respective forensic chemists and testimony.

JONATHAN D. ROSS
United States Attorney

By _____
Bart Dickinson
Assistant U.S. Attorney


_____
Eugene Clifford
Attorney for Defendant