

Laboratory Services
(501) 227-5747

# Arkansas State Crime Laboratory

P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215

**Drugs**
**REPORT OF LABORATORY ANALYSIS**



ALI-351-T
An ASCLD/LAB Accredited Laboratory
*(Since December 13, 2004)*

| Investigating Officer/Agency/Address: | Laboratory Case Number: 2019-018275 | Page 1 of 1 |
|---|---|---|
| Jeran Smith<br>Conway Police Department<br>1105 Prairie Street<br>Conway, AR 72032 | Agency Case Number: 19-08463 | |
| Suspect(s): | Victim(s): | |

Date of Report: 12/09/2019

I do hereby attest and confirm, as specified by A.C.A 12-12-313, that the information listed below is a true and accurate report of the results of analysis performed on evidence received in a sealed condition at the Arkansas State Crime Laboratory. The results stated below relate only to the items tested and represent the interpretations/opinions of the undersigned analyst. This is only an official Arkansas State Crime Laboratory report when reproduced in full.

| ITEMS | EVIDENCE DESCRIPTION | TEST RESULTS |
|---|---|---|
| E1 | off-white crystalline substance | Net weight: 2.8454 (+/-0.0020)† gram(s)<br>***methamphetamine (C-II)*** |

*Li C Chen, Forensic Chemist I*
*Li.Chen@crimelab.arkansas.gov*

† Reported measurement uncertainties define an interval having a level of confidence of at least 95%.



Laboratory Services
(501) 227-5747

# Arkansas State Crime Laboratory
P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215

***Drugs***
**REPORT OF LABORATORY ANALYSIS**



ALI-351-T
An ASCLD/LAB Accredited Laboratory
*(Since December 13, 2004)*

| Investigating Officer/Agency/Address: | Laboratory Case Number: 2019-018283 | Page 1 of 1 |
|---|---|---|
| Jeran Smith<br>Conway Police Department<br>1105 Prairie Street<br>Conway, AR 72032<br>Suspect(s): | Agency Case Number: 19-08382<br><br>Victim(s): | |

Date of Report: 12/09/2019

I do hereby attest and confirm, as specified by A.C.A 12-12-313, that the information listed below is a true and accurate report of the results of analysis performed on evidence received in a sealed condition at the Arkansas State Crime Laboratory. The results stated below relate only to the items tested and represent the interpretations/opinions of the undersigned analyst. This is only an official Arkansas State Crime Laboratory report when reproduced in full.

| ITEMS | EVIDENCE DESCRIPTION | TEST RESULTS |
|---|---|---|
| E1 | off-white crystalline substance | Net weight: 2.3917 (+/-0.0020)† gram(s)<br>***methamphetamine (C-II)*** |

*[signature]*

Li C Chen, Forensic Chemist I
Li.Chen@crimelab.arkansas.gov

† Reported measurement uncertainties define an interval having a level of confidence of at least 95%.



# Arkansas State Crime Laboratory

P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215

*Drugs*
**REPORT OF LABORATORY ANALYSIS**



ALI-351-T
An ASCLD/LAB Accredited Laboratory
(Since December 13, 2004)

Laboratory Services
(501) 227-5747

| Investigating Officer/Agency/Address: | Laboratory Case Number: 2019-019057 | Page 1 of 1 |
|---|---|---|
| Jeran Smith Conway Police Department 1105 Prairie Street Conway, AR 72032 | Agency Case Number: 19-08651 | |
| Suspect(s): | Victim(s): | |

Date of Report: 12/20/2019

I do hereby attest and confirm, as specified by A.C.A 12-12-313, that the information listed below is a true and accurate report of the results of analysis performed on evidence received in a sealed condition at the Arkansas State Crime Laboratory. The results stated below relate only to the items tested and represent the interpretations/opinions of the undersigned analyst. This is only an official Arkansas State Crime Laboratory report when reproduced in full.

| ITEMS | EVIDENCE DESCRIPTION | TEST RESULTS |
|---|---|---|
| E1 | one piece of a plastic sack containing a white crystalline substance | Net weight: 0.8724 (+/-0.0020)† gram(s) *methamphetamine (C-II)* |

*Kim Brown* (signature)

**Kim Brown, Senior Forensic Chemist**
kim.brown@crimelab.arkansas.gov

† Reported measurement uncertainties define an interval having a level of confidence of at least 95%.