

**U.S. Department of Justice**
**Drug Enforcement Administration**

Southeast Laboratory
Miami, FL

## Chemical Analysis Report

FBI - Little Rock Office
24 Shackleford West Blvd
Little Rock, AR 72211

Case Number: 281D-LR-3066428
LIMS Number: 2020-SFL4-00932

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1B22 | Methamphetamine Hydrochloride | 21.05 g ± 0.03 g | 100% ± 6% | 21.05 g ± 1.27 g |

**Remarks:**

Supplemental report to reflect analysis. Refer to original laboratory report dated 03/21/2022.

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 02/12/2020   **Gross Weight:** 62.4 g   **Date Received by Examiner:** 08/29/2022

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1B22 | 3 | Plastic Bag | Crystalline | 19.89 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

Methamphetamine identified in all unit(s) received. A composite was formed from 3 units for further testing. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 1B22 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy, Marquis Color Test |

| Exhibit | Purity Test(s) |
|---|---|
| 1B22 | DEA 503/UV-Vis Spectroscopy |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Patricia Diaz, Forensic Chemist   **Date:** 08/30/2022
**Approved By:** /S/ Katherine M Alejo, Senior Forensic Chemist   **Date:** 08/30/2022