## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**  **Plaintiff**

**v.**  **Case No.: 4:20−cr−00317−JM**

**Michael Marble**  **Defendant**

___

## NOTICE OF HEARING

    PLEASE take notice that a Pretrial Conference has been set in this case for September 12, 2022, at 08:30 AM before Judge James M. Moody Jr. in Little Rock Courtroom # 4A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** September 7, 2022            AT THE DIRECTION OF THE COURT
                                                                     TAMMY H. DOWNS, CLERK

                                                                **By:** Cory D. Wilkins, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas