IN THE UNITED STATES DISTRCIT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                              Plaintiff

v.                              No. 20-317

MICHAEL MARBLE                                        Defendant

**MOTION FOR LEAVE TO FILE MOTION TO SUPPRESS FOUR DAYS BEFORE TRIAL FOR GOOD CAUSE**

Comes now Michael Marble, by and through his attorney, Eugene Clifford, for his motion to continue, states the following:

1. A jury trial is set for Sept. 12th, 2022.

2. Attorney Eugene Clifford is filing in tandem with this motion, a motion to suppress the results of the search warrant.

3. The CI was revealed on Aug. 31st, 2022. The CI buy file was revealed on Sept. 7th, 2022. Defendant files a motion the suppress the day after having all of the information and acted diligently to do so.

WHEREFORE, Defendant prays this Court give full consideration of the Motion to Suppress filed in this case and for any such relief the Court sees as just and equitable.

          Respectfully submitted,

          */s/ Eugene P. Clifford*

          Eugene Clifford
          Ark. Bar No.2012100
          1014 W. 3rd St.
          Little Rock, Arkansas 72201
          (501) 404-0515 / fax (888) 501-4077
          Email: Epclifford@zenithlaw.net

          *Attorney for Defendant*

2

CERTIFICATE OF SERVICE

I certify that a copy was emailed and faxed to the United States Attorney on the date of this filing.

*/s/ Eugene Clifford*
Eugene Clifford
