FILED
DATE 8-19-19 @ 8:57am
Crystal Taylor, Clerk
By_____DC

## IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

**STATE OF ARKANSAS**

VS. 23SW-19-158

**OCCUPANTS OF: 406 S. ASH ST. CONWAY, AR 72034**

### SEARCH WARRANT

**TO THE SHERIFF OF FAULKNER COUNTY OR ANY POLICE OFFICER**

     Affidavit having been duly made before me by Investigator Jeran Smith, that he has reasonable grounds to believe that there is now being kept on the Premises known and described as: 406 S. Ash St, Conway, Arkansas 72034 which is a single story home with an exterior of red brick and white siding. The home has a brown shingled roof. The mail box has the number "406" on it which is at the end of the driveway. The numbers are black in color. The front door of the home faces west and red in color.

Directions to the property are as follows: From the intersection of Hardy St. and S. Ash St. travel south on S. Ash St. for approximately 277 feet. That will place you in front of the target residence. Then turn east into the front yard and travel approximately 38 feet. That will place you at the front door of the home. The residence is on the east side of S. Ash St. 406 S. Ash St, Conway, Arkansas 72034 which is a single story home with an exterior of red brick and white siding. The home has a brown shingled roof. The mail box has the number "406" on it which is at the end of the driveway. The numbers are black in color. The front door of the home faces west and red in color.

Certain property described as follows:

     Meth, drug paraphernalia, records and documents pertaining to the use and/or delivery of controlled substance, and U.S. Currency obtained by the distribution of controlled substances.

     Which is sought because: Such is believed to be contraband and/or is in violation of Arkansas Statute 5-64-419 and 5-64-443.

I am satisfied that there is probable cause to believe that there is now being concealed on the Premises, as well as any vehicles, outbuildings and other areas located on the surrounding



FILED
DATE 8-1-19 @ 9:57am
Crystal Taylor, Clerk
By_____ BP DC

curtilage, the above-described contraband and evidence and that probable cause and the foregoing grounds for the issuance of a Search Warrant exists.

You are hereby commanded to knock and announce your presence and search forthwith the Premises named, as well as any and all vehicles, outbuildings and other areas located on the surrounding curtilage, for the contraband and evidence specified, serving this Warrant on the person to be searched or upon the person in apparent control of the contraband and evidence and making this search between the hours of 6 am and 8 pm, and if such contraband and evidence be found there, to seize it, prepare a written inventory of the contraband and evidence seized, leave a receipt of this inventory with the person searched or with the person in apparent control of the Premises from which it was removed, and return this Warrant and bring the contraband and evidence seized and inventory of same within five (5) days from this date of execution of the Warrant and make a verified written report to this Court of the fact and circumstances of execution, including a copy of the inventory of items seized. Execution of this Search Warrant will be completed within fifteen (15) days of signed date.

DATED this 1st day of August, 2019.

_____
Judge