IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS

STATE OF ARKANSAS

VS. 23SW-19-158

FILED
DATE 8-19-19 @ 9:57am
Crystal Taylor, Clerk
By_____ DC

OCCUPANTS OF: 406 S. ASH ST. CONWAY, AR 72034

## WITNESS AFFIDAVIT FOR SEARCH WARRANT

The undersigned, being duly sworn, disposes and says:

Affidavit having been duly made before me by Investigator Jeran Smith, that he has reasonable grounds to believe that there is now being kept on the Premises known and described as: 406 S. Ash St, Conway, Arkansas 72034 which is a single story home with an exterior of red brick and white siding. The home has a brown shingled roof. The mail box has the number "406" on it which is at the end of the driveway. The numbers are black in color. The front door of the home faces west and red in color.

Directions to the property are as follows: From the intersection of Hardy St. and S. Ash St. travel south on S. Ash St. for approximately 277 feet. That will place you in front of the target residence. Then turn east into the front yard and travel approximately 38 feet. That will place you at the front door of the home. The residence is on the east side of S. Ash St. 406 S. Ash St, Conway, Arkansas 72034 which is a single story home with an exterior of red brick and white siding. The home has a brown shingled roof. The mail box has the number "406" on it which is at the end of the driveway. The numbers are black in color. The front door of the home faces west and red in color.

Certain property described as follows:

Meth, drug paraphernalia, records and documents pertaining to the use and/or delivery of controlled substance, and U.S. Currency obtained by the distribution of controlled substances.

Which is sought because: Such is believed to be contraband and/or is in violation of Arkansas Statute 5-64-419 and 5-64-443.

That the facts establishing probable cause and grounds for issuance of Search Warrant are as follows:

Fact 1: On 7-29-19, confidential informant #889 made contact with me about an individual named, Michael Marble. The informant told me that Marble is a narcotics dealer and knows him to sell methamphetamine in the City of Conway. The informant told me that Marble lived on S. Ash St. Informant #889 has helped the Conway Police department with several previous investigations. Their information has always been vetted and proven true.

Fact 2: On 7-29-19, Investigator Hackett, Hugen, and I met with confidential informant #889 for the purpose of purchasing meth from Michael Marble at 406 S. Ash St. We met the informant at

a predetermined location where I conducted a search of the informant and Investigator Hugen conducted a search of the informant's vehicle. No contraband was located during this search. I then provided the informant with money that was photographed and included in the case file. An audio/video recording device was also given to the informant.

The informant then traveled to 406 S. Ash St. while being kept under visual surveillance. The informant arrived at the location, made contact with Marble, and went into the home. Mable provided the informant with what was represented to be meth, and the informant provided him with the money. After a brief conversation, the informant left the home, and then left the area. The informant traveled to a predetermined location. As the informant was traveling to the location, they were being kept under visual surveillance. Once at the predetermined location I conducted a search of the informant and Investigator Hackett conducted a search of the informant's vehicle. Again, no contraband was located during this search. The informant provided me with a baggie of meth that was purchased from Marble. The meth had a weight of 5 grams. The meth was field tested and it tested positive for the substance.



The suspected meth was submitted into evidence to be analyzed by the crime lab.

Fact 3: On 7-31-19, Investigator Hackett and I met with confidential informant #889 for the purpose of purchasing meth from Michael Marble at 406 S. Ash St. We met the informant at a predetermined location where I conducted a search of the informant and a search of the informant's vehicle. No contraband was located during this search. I then provided the informant with money that was photographed and included in the case file. An audio/video recording device was also given to the informant.

The informant then traveled to 406 S. Ash St. while being kept under visual surveillance. The informant arrived at the location and went into the home. A short time later Marble came to the residence and made contact with the informant. Mable provided the informant with what was represented to be meth, and the informant provided him with the money. After a brief conversation, the informant left the home, and then left the area. The informant traveled to a predetermined location. As the informant was traveling to the location, they were being kept under visual surveillance. Once at the predetermined location I conducted a search of the informant and conducted a search of the informant's vehicle. Again, no contraband was located during this search. The informant provided me with a baggie of meth that was purchased from Marble. The meth had a weight of 3 grams.

The suspected meth was submitted into evidence to be analyzed by the crime lab.

I am Investigator Jeran Smith and I am a commissioned Police Officer of the Conway Police Department, in Conway, Arkansas, and have been since December 31, 2012. In my experience as a Law Enforcement Officer, I have previously seized marijuana, cocaine, methamphetamine, LSD, synthetic marijuana, prescription pills and illegal pills and am familiar with their smell, shape, texture and markings. The substances I have seized were confirmed by the Arkansas State Crime laboratory. As of July of 2017, I have been assigned to the Narcotics Division of the Conway Police Department.

Based on my training and experience, I know that people who sell controlled substances out of private residences often conceal controlled substances, drug paraphernalia and records of narcotics transactions, including both physical ledgers, notes and written communications and electronic devices such as computers and mobile phones containing similar records and

communications, in both the residence itself as well as in vehicles, outbuildings and other locations located in the surrounding curtilage.

Based on the facts above, I respectfully request that a Search Warrant be issued for the Premises, authorizing a search of the Premises itself, as well as any vehicles, outbuildings and other areas located on the surrounding curtilage, for Marijuana, drug paraphernalia, records and documents pertaining to use and/or delivery of Methamphetamine, Marijuana or other controlled substances, and U.S. Currency obtained by the distribution of controlled substances.

**WHEREFORE, Affiant states the above under oath**

_____
Signature of Affiant

**SUBSCRIBED AND SWORN to before me, this 1st day of August, 2019.**

_____
Judge