On 2-12-19, Sgt. Burningham and I met with a confidential informant for the purpose of purchasing Hydrocodone pills from ▓▓▓▓▓▓▓ at a predetermined location. We met the informant at a predetermined location where I conducted a search of the informant and the informant's vehicle. No contraband was located during this search. I then provided the informant with money that was photographed and included in the case file. An audio/video recording device was also given to the informant.

The informant then travelled to the predetermined location. While traveling they were kept under visual surveillance. The informant arrived at the location and they made contact with ▓▓▓▓▓▓▓ ▓▓▓▓▓▓ provided the informant with what was represented to be Hydrocodone pills, and the informant provided him with the money. After a brief conversation, the informant left the area. The informant traveled to a predetermined location. As the informant was traveling to the location, they were being kept under visual surveillance. Once at the predetermined location I conducted a search of the informant and the informant's vehicle. Again, no contraband was located during this search. The informant provided me with the Hydrocodone pills.

The suspected Hydrocodone pills were submitted into evidence to be analyzed by the crime lab. The pills had a weight of 2 grams.

The informant told me that this drug transaction was set up through cellular devices. The informant made several phone calls to ▓▓▓▓ while in our presence to set up the drug transaction.

I swear that the allegations contained herein are the truth, the whole truth and nothing but the truth.

Affiant's Signature: _____

Print Name:   Investigator Jeran Smith

Address:   Conway Police Department, 1105 Prairie, Conway, AR 72032    Phone:   501-450-6130

State of Arkansas
County of Faulkner

SUBSCRIBED and SWORN to before me this 5th day of April 2019

                    NOTARY PUBLIC        Michelle Hill
My Commission expires: 11/5/2023

Prosecutor Accepting Charges: **Jacob Franklin**

   I hereby find that this sworn affidavit demonstrates reasonable and probable cause for the issuance of Warrant of Arrest for the above named Defendant, for the above stated offense(s).

C