IN THE UNITED STATES DISTRCIT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                    Plaintiff

v.                                      No. 20-317

MICHAEL MARBLE                                              Defendant

EUGENE CLIFFORD                                             Movant

### MOTION TO COMMUNICATE WITH JURORS

Comes now Eugene Clifford and for his motion to communicate with jurors,

states the following:

1.  A jury trial was held September 12ᵗʰ and 13ᵗʰ, 2022 and a verdict was

    reached in the case of US v. Michael Marble.

2.  Attorney Eugene Clifford is now filing this motion to communicate with

    the jurors.  If the juror so desires, he or she should be allowed to exercise

    their first amendment rights to discuss the matters as they choose.

3.  Counsel wishes to speak to the jurors because it is an effective way to learn

    from mistakes made and improve upon Counsel's ability in the court room.

WHEREFORE, Defendant prays this Court give full consideration of the

Motion to communicate with jurors filed in this case and for any such relief the

Court sees as just and equitable.

                                        Respectfully submitted,

                                        */s/ Eugene P. Clifford*

                                        Eugene Clifford
                                        Ark.  Bar No.
                                        #2012100
                                        1014 W. 3ʳᵈ St.
                                        Little Rock, Arkansas 72201

1

2

(501) 404-0515 / fax (888) 501-
4077
Email:
Epclifford@zenithlaw.net

*Attorney for Defendant*

CERTIFICATE OF SERVICE

I certify that a copy was emailed and faxed to the United States Attorney on the date of
this filing.

*/s/  Eugene Clifford*
Eugene Clifford

2