Case No.: **4:20-cr-00317-JM-1**

Case Style: **USA v. Michael Marble**

# TRIAL MINUTES

Jury trial held September 12, 2022, through September 13, 2022, in Little Rock, Arkansas, before United States District Judge James M. Moody Jr.

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**
PLAINTIFF
Counsel: AUSA Bart Dickinson
Counsel: AUSA Will Crow

JUDGE: James M. Moody Jr.
REPORTER: Elaine Hinson
CRD: Cory Wilkins
DATE: September 12, 2022

v.                    CASE NO. 4:20-cr-00317-JM-1

**MICHAEL MARBLE**
DEFENDANT
Counsel: Eugene Clifford

### MINUTES - Jury Trial in Little Rock

TIME  ***DAY 1, Monday, September 12, 2022 (Court Reporter – E. Hinson)***
8:43   Court in session (***Court Reporter – E. Hinson);***
       Court takes up pretrial motions (DE #33, #39, #40, and #42);
       Rule invoked by the parties
9:04   Recess

9:47   Court in session in the presence of the jury panel;
       31 names called; Court informs panel of case before it;
       Voir dire by Court begins
10:25  Voir dire by government
10:40  Voir dire by defendant
10:44  Voir dire by Court
11:20  Recess for peremptory strikes

11:30  Court in session in the presence of the jury panel;
       Jury of 12 plus one (1) alternate seated and sworn;
       Court reads preliminary instructions to jurors
11:46  Recess

12:52  Court in session outside the presence of the jury;
       government exhibit nos. 10, 10a, 10b, 11, 11a, 11b, 12, 12a, 12b, 13a, 13b, 13c, 13d, 13e,
       13f, 13g, 13h, 13i, 13j, 13k, 13l, 13m, 13n, 13o, 13p, 13q, 13r, 13s, 13t, 13u, 13v, 13w,
       13x, 13y, 13z, 13aa, 14, 14a, 14b, 15, 15a, 15b, 16, 16a, 17 received into evidence by
       stipulation
1:06   Jury enters
1:08   Opening statement by government
1:14   Opening statement by defendant

| TIME | *DAY 1 continued (Court Reporter – E. Hinson)* |
|---|---|
| 1:21 | Court reads parties' stipulation; government calls name no. 2 as witness no. 1; government exhibit nos. 2, 3, 1, 1a, 1b, 1c, 4, 4a, 4b, 4c, 4d, 4e, 5, 6, 7, 8, 9 received into evidence |
| 2:30 | Recess |
| 2:51 | Court in session; Cross-examination of witness no. 1 resumes |
| 3:34 | Government calls name no. 1 as witness no. 2 |
| 3:54 | Government calls name no. 6 as witness no. 3 |
| 4:04 | Government calls name no. 7 as witness no. 4 |
| 4:14 | Jury excused for the day, directed to report back at 9:00 a.m. on Tuesday morning; Court discusses trial matters with counsel |
| 4:28 | Recess for the day |

| TIME | *DAY 2, Tuesday, September 13, 2022 (Court Reporter – E. Hinson)* |
|---|---|
| 8:55 | Court in session outside the presence of the jury; Court addresses juror matters |
| 8:58 | Recess |
| 9:05 | Court in session; Juror #9 excused by agreement of counsel; Government calls name no. 9 as witness no. 5 |
| 9:41 | Government calls name no. 8 as witness no. 6 |
| 9:52 | Government rests; jurors excused; Defendant moves for directed verdict – motion denied; Defendant informs the Court that he will not testify on his own behalf |
| 10:08 | Recess |
| 10:31 | Court in session in the presence of the jury; Defendant calls name no. 1 as witness no. 1 |
| 10:56 | Defendant rests; Court reads jury instructions to jurors |
| 11:21 | Closing argument by the government |
| 11:40 | Closing argument by defendant |
| 11:58 | Rebuttal argument by the government |
| 12:12 | Court gives final instruction; CSO sworn, jurors retire for deliberations |
| 12:15 | Recess (jurors provided lunch) |

| TIME | ***DAY 2 continued (Court Reporter – E. Hinson)*** |
|---|---|
| 2:54 | Court in session in the presence of the jury; Verdicts published in open court – jury finds defendant guilty on all counts; jurors polled at request of defendant – verdict is unanimous |
| 2:58 | Jurors excused from further service |
| 3:00 | Defendant remanded to custody of USMS |
| 3:05 | Court adjourned. |