IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA )
)
v. )
)
MICHAEL MARBLE )

## VERDICT

On the charge of distribution of methamphetamine, a Schedule II controlled substance as set out in Count 1 of the Indictment, we, the jury, find the defendant, MICHAEL MARBLE _Guilty_.

("Guilty" or "Not Guilty")

FOREPERSON

9-13-2022
DATE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**
SEP 1 3 2022
IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL MARBLE | ) |

## VERDICT

On the charge of distribution of methamphetamine, a Schedule II controlled substance as set out in Count 2 of the Indictment, we, the jury, find the defendant, MICHAEL MARBLE _____Guilty_____.

("Guilty" or "Not Guilty")

FOREPERSON

9-28-2022
DATE

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**

SEP 1 3 2022

IN OPEN COURT
TAMMY H. DOWNS
By:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
MICHAEL MARBLE              )

## VERDICT

On the charge of distribution of methamphetamine, a Schedule II controlled substance as set out in Count 3 of the Indictment, we, the jury, find the defendant, MICHAEL MARBLE

___Guilty___.

("Guilty" or "Not Guilty")


FOREPERSON

___9-13-2022___
DATE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**
SEP 1 3 2022
IN OPEN COURT
TAMMY H. DOWNS
By:_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. )
)
MICHAEL MARBLE )

## **VERDICT**

On the charge of possession of methamphetamine with intent to distribute, a Schedule II controlled substance, as set out in Count 4 of the Indictment, we, the jury, find the defendant,

MICHAEL MARBLE  __Guilty__.

(("Guilty") or "Not Guilty")

FOREPERSON

__9-13-2022__
DATE

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**

SEP 1 3 2022

IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
MICHAEL MARBLE              )

## VERDICT

On the charge of possession of a firearm in furtherance of a drug trafficking crime, as set out in Count 5 of the Indictment, we, the jury, find the defendant, MICHAEL MARBLE ___Guilty___.

("Guilty" or "Not Guilty")

_____
FOREPERSON

___9-13_____
DATE