IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:20-cr-00317-JM

MICHAEL MARBLE     DEFENDANT

**CERTIFICATE OF RECEIPT**

The ~~defendant~~ Government's exhibits received into evidence during the jury trial of this matter returned to counsel for ~~Mr. Marble~~ the USA on this __13__ day of September 2022.

Received by ____/s/ BatD_____