# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                    No. 4:20-cr-00317-JM-1

MICHAEL MARBLE                                                                        DEFENDANT

## ORDER

On September 13, 2022, the jury returned guilty verdicts as to defendant Michael Marble on Counts 1, 2, 3, 4, and 5 of the Indictment. The defendant has now filed a motion to communicate with jurors. Pursuant to Local Rule 47.1 of the Eastern District of Arkansas, the motion is GRANTED. Doc. No. 43.

IT IS THEREFORE ORDERED that the Jury Administrator is directed to send a letter of inquiry to each of the jurors sitting on this case to determine if they wish to be contacted. The names and telephone numbers of those who have indicated they have no objection to being contacted will be provided to attorneys for both parties as soon as the responses have been received.

The attorneys may contact the jurors whose names and phone numbers are provided in this matter but no others.

IT IS SO ORDERED this 15th day of September, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE