IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                          CASE NO. 20-CR-00317

MICHAEL MARBLE                                              DEFENDANT

**OBJECTIONS TO PRESENTENCE REPORT**

COMES NOW Eugene Clifford, of the Zenith Law Group, and hereby moves on behalf of the Defendant in the above-referenced case to present objections to the Pre-Sentence Report, states the following:

1. Counsel objects to paragraph 35 for the following reasons.

    a. The actions involved are not described as misdemeanors that are counted, the sentence was for less than 30 days.

2. Counsel objects to paragraph 36 for the following reasons.

    a. The actions involved are not described as misdemeanors that are counted in a PSR, the sentence was less than 30 days and not more than 1 year probation. Also, the actions stated are not theft, the officers gave more the money to Mr. Marble to spend and therefore, cannot be theft.   If the crime is some sort of fraud, we would object at those actions are not described as misdemeanors that should count in a PSR.

3. Defendant objects to paragraph 53 and that he is not a member of any gang.

4. Defendant reserves all rights to a sentencing memorandum, to argue for the "safety valve", to object to any errors, to argue for any departures and variances.

WHEREFORE, the Defendant requests that this Court grant all listed objections and for any such relief the Court sees as just and equitable.

Respectfully Submitted, Defendant

By:
    Eugene P. Clifford (#2012100)
    1014 W. 3rd St.
    Little Rock, AR 72201
    (501)404-0515
    (888)501-4077

## CERTIFICATE OF SERVICE

I, Eugene Clifford, attorney for the Defendant, hereby state on oath that I have served a true and correct copy of the foregoing on the Federal Prosecutor by hand delivery, fax, or by placing a copy of the same in the United States Mail, postage prepaid.

    Eugene Clifford