# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1615

United States of America

Appellee

v.

Michael Marble

Appellant

___

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:20-cr-00317-JM-1)

___

**ORDER**

The appellant has failed to pay to the Clerk of the United States District Court the requisite docketing fees or to file a motion for leave to proceed in forma pauperis with the district court. Accordingly, appellant is directed to show cause, within fourteen (14) days of the date of this order, why this appeal should not be dismissed for failure to prosecute. See Eighth Circuit Rule 3C.

April 19, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans

# Forrest Dunn

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Wednesday, April 19, 2023 10:58 AM |
| **Subject:** | 23-1615 United States v. Michael Marble "Clerk order filed sua sponte showcause failure to pay docket fee" (4:20-cr-00317-JM-1) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 04/19/2023

| | |
|---|---|
| **Case Name:** | United States v. Michael Marble |
| **Case Number:** | 23-1615 |
| **Document(s):** | Document(s) |

**Docket Text:**
CLERK ORDER: APPELLANT has failed to pay to the Clerk of the District Court the requisite docketing fees. APPELLANT is directed to show cause within 14 days why this appeal should not be dismissed for failure to prosecute. Response of Michael Marble due 05/03/2023. [5266796] [23-1615] (Crystal Henderson)

**Notice will be electronically mailed to:**

Mr. John William Crow, Assistant U.S. Attorney: will.crow@usdoj.gov, valerie.andrews@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov, caseview.ecf@usdoj.gov
Ms. Karen Dellinger, Court Reporter: Karen_Dellinger@ared.uscourts.gov, kdell619@yahoo.com
Mr. Bart Dickinson, Assistant U.S. Attorney: bart.dickinson@usdoj.gov, corey.taylor@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Elaine M Hinson, Court Reporter: elaine_hinson@ared.uscourts.gov
Mr. Jimmy C. Morris, Jr.: j.c.morrisatty@gmail.com

**Notice will be mailed to:**

Mr. Michael Marble
43167-509
PULASKI COUNTY DETENTION FACILITY
3201 W. Roosevelt Road
Little Rock, AR 72204-0000

The following document(s) are associated with this transaction:
**Document Description:** Clerk's Order
**Original Filename:** /opt/ACECF/live/forms/CrystalHenderson_231615_5266796_ClkOrdFailToPayDktFee_245.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/19/2023] [FileNumber=5266796-0]
[c88737a75aaad001b9a01a6fdfcfbbf993a56f042b12eb1996ee22ed8f943e0cce0d16bfbe5190a190c0736ae5e33178834bf8a110cbde91ec068735cc901e8f]]
**Recipients:**

- Mr. John William Crow, Assistant U.S. Attorney
- Ms. Karen Dellinger, Court Reporter
- Mr. Bart Dickinson, Assistant U.S. Attorney
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Elaine M Hinson, Court Reporter
- Mr. Michael Marble
- Mr. Jimmy C. Morris, Jr.

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5266796
**RELIEF(S) DOCKETED:**
  showcause failure to pay docket fee
**DOCKET PART(S) ADDED:** 7254882, 7254883, 7254884