# TRANSMITTAL SHEET

**TO:** Clerk, USCA 8  **DATE:** 4/21/2023

**FROM:** U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 23-1615

**DISTRICT COURT NO.** 4:20-cr-00317-JM

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

Volume and Date: _____
Volume and Date: _____
Volume and Date: _____

In Camera Documents

Copies of Presentence Investigation Report, Pretrial Services Report, Statement of Reasons, [32] Sealed Motion, [35] Sealed Order

Exhibits

Plaintiff(s) _____
Defendant(s) _____
Joint _____

**COMMENTS:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**USCA 8 ACKNOWLDGMENT**

RECEIPT

By: _____
    Deputy Clerk