(REV. 12/17/12)

# TRANSMITTAL SHEET

**TO:**     Clerk, USCA 8          **DATE:** 5/23/2023 _____

**FROM:**   U.S. District Court Clerk
            Eastern District of Arkansas
            Little Rock, Arkansas

**APPEAL NO:** 23-1615 _____

**DISTRICT COURT NO.** 4:20-cr-00317-JM _____

**TRANSMITTED HEREWITH:**

_____

**VOLUME:** _____

Transcript

Volume and Date: [65] Sealed Transcript _____
Volume and Date: [66] - [67] Jury Trial vols 1-2 _____
Volume and Date: [68] Sentencing Hearing _____

In Camera Documents

_____
_____
_____

Exhibits

Plaintiff(s) _____
Defendant(s) _____
Joint _____

**COMMENTS:** _____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## USCA 8 ACKNOWLDGMENT

RECEIPT

By: _____
        Deputy Clerk