(REV. 12/17/12)

# TRANSMITTAL SHEET

**TO:** Clerk, USCA 8  **DATE:** 6/1/2023

**FROM:** U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 23-1615

**DISTRICT COURT NO.** 4:20-cr-00317-JM

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

Volume and Date: [65] Sealed Transcript
Volume and Date:
Volume and Date:

In Camera Documents

Exhibits

Plaintiff(s)
Defendant(s)
Joint

**COMMENTS:**

********************************************************************************

**USCA 8 ACKNOWLDGMENT**

RECEIPT

By: _____
    Deputy Clerk